EXHIBIT "A"

Federal Bureau of Prisons Response
to Inmates Administrative Remedy Request

BP-148.055 INMATE REQUEST TO STAFF (BP)
Sep-98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

TO: (Name and Title of Staff Member): CASE MANAGER MR. HODGES
DATE: MAY 4-2005
FROM: PEREZ-CARABALLO, Julio
REGISTER NO.: 19370-069
WORK ASSIGNMENT: REC. YARD
UNIT: B-A

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

I HAVE A PROBLEM WITH MY SENTENCES COMPUTATION AND NEED YOUR HELP IN THAT MATTER. THOSE ARE THE FACTS:

I WAS ARRESTED ON SEPT. 8-1997 AND GIVEN 12 YEARS ON STATE CHARGES.

ON MARCH 23-2000 I WAS INDICTED WITH FEDERAL CHARGES FOR THE SAME CONDUCT.

ON JULY 12-2002 I WAS SENTENCED TO 87 MONTHS WITH THE JUDGE PEREZ GIMENEZ.

ON SEPT 6-2002 I WAS RETURNED TO THE STATE JAIL.

ON MARCH 1-2004 I WAS TRANSFERRED TO THE FEDERAL PRISON IN ESTILL, S.C.

(Do not write below this line)

DISPOSITION:

You should file 4 federal court for term of imprisonment reduction pursuant to Sentence Guidelines 5G1.3. We can't give you this time per 18: 3585 b.

Signature Staff Member
Date: 6-2-05

Record Copy - File Copy - Inmate
This form replaces BP-148.070 dated Oct 86 and BP-S148.070 Apr 94

②

When I was sentenced the judge said that the actual sentence was to run concurrent with the state sentence.

When I went to the team they gave me a computation sheet which reflect that my computation began on July 12-2002. Also that my statutory release date is on Nov 4-2008 and the full term expiration date is on Oct 11-2009.

By the time I was indicted I was two months short to get my parole.

I have been incarcerated for a period of 93 months.

My co-defendant got the same sentence as mine and he was released in the year 2003.

I want to know why my computation began on the date of the sentence (July 12-2002) and not on the date I was indicted and transferred to the federal prison (March 23-2000).

Mooreover, why if the federal sentence was to run concurrent with any commonwealth sentence that I was serving this is not reflected on the computation data that I have.

I know that something is very wrong with the computation and I want that to be corrected.

For the past three weeks I have been in contact with Mr. Kelly in R&D. To the day of today he cant be able to correct the sentence. In part because he told me that he try to call to my officer in P.R. but nobody speaks english to where he called. Also he want the records to be faxed in the english language. We speak spanish in Puerto Rico and all the records are written in spanish.



My family talk with the officer in charge with the records and he is willing to help me. But he doesn't speak English. So if you want to get in contact with him you may need the help of a translator.

This is his name and his telephones:

Felix J. Muñiz
Centro de Ingreso #676
P.O. Box 7285
Ponce, P.R.
00731

Tel. 787-812-6885 Daily
787-841-6174 After 3:00 P.M.
Fax 787-812-6886

Please, help me in that matter.
Here is a copy which reflects what I'm requesting.

Thank you very much.