APPENDIX OF RELEVANT DOCUMENTS

1. Timeline of Events

2. State Prison Sentence Computation

Julio Pérez Caraballo #19370-069

SEPT-8-97  ARRESTED - STATE CHARGES    12 YEARS

MARCH 23-2000  INDICTED ON FED. CHARGES (FOR THE SAME)

July 12-2002  SENTENCE WITH PÉREZ GIMÉNEZ  87 MONTHS

SEPT 6-2002  RETURNED TO STATE JAIL

MARCH 1-2004  TRANSFER TO FED. PRISON ESTILL, S.C.

SENTENCE COMPUTATION BEGAN ON July 12-2002


Luis Rafael Rivera

José Pérez Gutiérrez

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE CORRECCION
SAN JUAN, PUERTO RICO

AC-IF-1231
(Rev. 10-89)

## HOJA DE CONTROL SOBRE LIQUIDACION DE SENTENCIAS

Institución: Ponce 246

Nombre del Confinado: Julio Perez Caraballo

C/P:

Número del Confinado: 6-48156

Número de Seguro Social: 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

Fecha:

| Delito | Sentencia | Tribunal |
|---|---|---|
| 1. JSC97G0895 art. 404a | 3 años | Ponce |
| 2. JDS97M0252 Desacato | 1 mes | Ponce |
| 3. JSC98G0074 art. 404-a | 3 años | Ponce |
| 4. JSC97G0041 art. 404-a | 3 años | Ponce |
| 5. JSC98G0459 art. 404-a | 3 años | Ponce |

multa $100.00 ó 2 días Jub. de Yauco

| SENTENCIA | COMPUTO DEL MAXIMO ||| COMPUTO DEL MINIMO |||
|---|---|---|---|---|---|---|
| | Año | Mes | Día | Año | Mes | Día |
| Sentencia | 12 | 1 | 0 | 6 | 0 | 10 |
| Bonificación | 4 | 10 | 0 | 2 | 4 | 28 |
| Resta | 7 | 3 | 0 | 3 | 7 | 12 |
| Prev. 13 dic. 96 al 23 dic. 96 | — | — | — | — | — | — |
| 12 feb. 97 al 28 feb. 97 | | | | | | |
| 15 mayo 97 al 13 julio 97 | — | — | — | — | — | — |
| 6 sept 97 al 30 dic 97 | | | | | | |
| 8 enero 98 al 4 feb. 98 | 0 | 6 | 17 | 0 | 6 | 17 |
| Resta | 6 | 8 | 13 | 3 | 0 | 25 |
| E.A.C. | 98 | 2 | 4 | 98 | 2 | 4 |
| Cumple en | 2004 | 10 | 17 | 2001 | 2 | 29 |
| Sentencia Multa $100.00 ó 2 días | | | 2 | | | |
| E.A.C. | 2004 | 10 | 17 | | | |
| Cumple en | 2004 | 10 | 18 | | | |

Queda sin efecto ag. anterior pr añadir multa

Fecha Cumple Máximo: 18 oct. 2004

Fecha Cumple Mínimo: