MR. JULIO PEREZ-CARABALLO
# 19370-069 ; BA
Federal Correctional Institution
Post Office Box 699
Estill , South Carolina 29918.

January 23, 2006.

RECEIVED AND FILED
2006 FEB -7 PM 1:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ATTENTION: The Honorable Clerk Of the Court
United States District Court
District Of Puerto Rico
Federal Building
150 Carlos Chardon Avenue
Puerto Rico 00918-1767.

RE: URGENT REQUEST FOR SENTENCING TRANSCRIPT OF JULY 12, 2002.
    DOCKET NUMBER:. 00-0043-46.

Dear Sir/Madam :

I hereby respectfully request copies of my "Sentencing transcript". I was sentenced on July 12, 2002.
The sentence was imposed by The Honorable visiting Judge
D. Brock Hornby. The Honorable Judge Hornby was sitting for
The Honorable Gimenez, while he was away on vacation.
If the transcripts are on file, please send them to me or
advise me if payment is necessary.
Thank you for your attention to this request.

Sincerely,

*Julio Perez Caraballo*
JULIO PEREZ-CARABALLO.

Note: Court Reporter was Pauline Terry